IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| James M. Wilson, | Case No. 20 CV 820 |
| Plaintiff, | ORDER ADOPTING<br>REPORT AND RECOMMENDATION |
| -vs- | JUDGE JACK ZOUHARY |
| Commissioner of Social Security | |
| Defendant. | |

Plaintiff James Wilson filed this Complaint seeking judicial review of the final decision denying his application for Supplemental Security Income and Disability Insurance Benefits (Doc. 1). This matter was referred to Magistrate Judge Carmen Henderson pursuant to 42 U.S.C. §§ 405(g), 1383(c)(3), and Local Rule 72.2(b). Her Report and Recommendation ("R&R") denies Wilson's alleged errors and concludes the Commissioner's decision should be affirmed (Doc. 18). Objections to the R&R were due July 23, 2021 (*id.*). No objections were filed.

Under 28 U.S.C. § 636(b)(1), this Court reviews *de novo* those portions of the R&R to which objections are made. Failure to file objections within the timeframe set forth in the statute constitutes a waiver of *de novo* review. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Sullivan*, 431 F.3d 976, 984 (6th Cir. 2005).

This Court has reviewed the R&R and finds it accurately states the facts and law. This Court therefore adopts the R&R in its entirety. The Commissioner's decision is affirmed; the Complaint is dismissed.

IT IS SO ORDERED.

    s/ *Jack Zouhary*
JACK ZOUHARY
U. S. DISTRICT JUDGE

August 10, 2021